**IT IS SO ORDERED.
Signed October 25, 2010**



**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

_____

Prober & Raphael
A Law Corporation
Dean R. Prober, Esq., #106207
Lee S. Raphael, Esq., #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
Melissa Vermillion, Esquire #241354
William K. Hong, Esquire #266690
20750 Ventura Boulevard, Suite 100
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Movant
U.S. Bank, N.A.
F.040-1296

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Bk. No. 09-60504-ASW-13 |
| SARMAD ALKHAYATT fdba MEDUSA ESPRESSO and MARY ANN ZAIA dba DIVINE DECOR, | R.S. No. DRP-808 |
| Debtors. | CHAPTER 13 |
| | **ORDER ON INTERIM STIPULATION RE ADEQUATE PROTECTION** |
| | Hearing – 09/15/10 at 2:15 p.m.<br>Place: U.S. Bankruptcy Court<br>     280 South First Street<br>     San Jose, California<br>     Courtroom 3010 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the relief sought as set forth in the Interim Stipulation Re Adequate Protection filed by Movant U.S. Bank, N.A.,

1

| | |
|---|---|
| 1 | its assignees and/or successors in interest, on October 22, 2010, is granted and is hereby an order |
| 2 | of the Court. |
| 3 | |
| 4 | * * * END OF ORDER * * * |

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Sarmad Alkhayatt<br>Mary Ann Zaia |
| 4 | 575 Broadway St.<br>Gilroy, CA 95020 |
| 5 | Debtors |
| 6 | Norma L. Hammes, Esquire |
| 7 | Law Offices of Gold and Hammes<br>1570 The Alameda, #223 |
| 8 | San Jose, CA 95126<br>Attorney for Debtors |
| 9 | |
| 10 | Devin Derham-Burk<br>P. O. Box 50013 |
| 11 | San Jose, CA 95150-0013<br>Chapter 13 Trustee |
| 12 | |
| 13 | Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100 |
| 14 | Woodland Hills, California 91364 |

3